# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JOSHUA D. KRAUS & PAULA L. KRAUS  
      7706 CATALPA  
      WONDER LAKE, IL  60097  

Case Number: 05-75224  
SSN-xxx-xx-6424 & xxx-xx-8271

Case filed on: 9/28/2005  
Plan Confirmed on: 12/16/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $5,957.20     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
|  | Total Legal | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
| 003 | ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ARMOR SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CCB CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FOCUS RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | JEFFERSON CAPITAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MEDICAL RECOVERY SPECIALTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MEDICAL RECOVERY SPECIALTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOSHUA D. KRAUS | 0.00 | 0.00 | 197.20 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 197.20 | 0.00 |
| 001 | NATIONAL CITY MORTGAGE | 205,560.70 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 205,560.70 | 0.00 | 0.00 | 0.00 |
| 002 | A/R CONCEPTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,500.81 | 1,500.81 | 182.69 | 0.00 |
| 007 | BMW FINANCIAL SERVICES | 14,401.01 | 14,401.01 | 1,752.93 | 0.00 |
| 008 | CAPITAL ONE | 1,467.15 | 1,467.15 | 178.58 | 0.00 |
| 009 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 1,053.66 | 1,053.66 | 128.25 | 0.00 |
| 012 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DAIMLERCHRYSLER FINANCIAL SERVICES | 8,380.16 | 8,380.16 | 1,020.05 | 0.00 |
| 015 | CRUSADER CLINIC | 26.00 | 26.00 | 3.16 | 0.00 |
| 016 | DIRECTV, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROUNDUP FUNDING LLC | 2,667.46 | 2,667.46 | 324.69 | 0.00 |
| 022 | MCHENRY RADIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NEXTEL COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | SURGERY CROUP SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | BMW FINANCIAL SERVICES NA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 29,496.25 | 29,496.25 | 3,590.35 | 0.00 |
|  | Grand Total: | 236,856.95 | 31,296.25 | 5,587.55 | 0.00 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $5,587.55 |
| Trustee Allowance: | $369.65 |
| Percent Paid Unsecured: | 12.17 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008            By  /s/Heather M. Fagan